JENNIFER M. PROTAS - BAR# 250959
jenn.protas@hogefenton.com
ASHLEE N. CHERRY - BAR# 312731
ashlee.cherry@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

Attorneys for Defendants
San Jose Sharks and Logan Couture

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Susan Wei<br><br>        Plaintiff,<br><br>  vs.<br><br>San Jose Sharks and Logan Couture,<br><br>        Defendants. | No.<br><br>(Santa Clara Superior Court Case No. 18CV328985)<br><br>DECLARATION OF JENNIFER M. PROTAS IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(A) (FEDERAL QUESTION) |

I, Jennifer M. Protas, declare:

1.   I am an attorney at law duly licensed to practice before all the courts of the State of California and am a shareholder of the law firm of Hoge, Fenton, Jones & Appel, Inc., attorneys of record for Defendants San Jose Sharks and Logan Couture.

2.   Plaintiff filed a Complaint on or about May 29, 2018 in the Superior Court of the State of California, County of Santa Clara, Case No. 18CV328985.  Plaintiff alleged six causes of action for relief against all Defendants; none of the causes of action stated a federal claim.

3.   In response to meet and confer efforts regarding the filing of a demurrer, Plaintiff filed an amended Complaint on or about August 9, 2018.  In her amended Complaint, Plaintiff alleged four causes of action (two of which implicate federal statutes). Plaintiff served the amended Complaint via mail to counsel for Defendants.  Plaintiff did not

-2-

include a proof of service with her amended Complaint, but it appears from the envelope that it was placed in the mail on August 13, 2018.  Defense counsel received it on or about August 15, 2018.

I declare under penalty of perjury under the laws of the State of California that the above facts are true and correct.  This declaration was executed on September 7, 2018, at San Jose, California.

/s/ Jennifer M. Protas
Jennifer M. Protas