UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN WEI,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN JOSE SHARKS, et al.,<br><br>        Defendants. | Case No.18-cv-05483-VKD<br><br>**ORDER DENYING AS MOOT MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>Re: Dkt. No. 45 |

On September 17, 2018, plaintiff Susan Wei filed a motion for permission for electronic case filing. Dkt. No. 15. The Court granted that motion on September 20, 2018. Dkt. No. 25. However, apparently before receiving notice of the Court's order granting her motion, Ms. Wei filed a second motion for permission for electronic case filing on September 20, 2018. Dkt. No. 45. Because Ms. Wei has already been granted permission to e-file and has been successfully e-filing her submissions, the Court denies this second motion as moot.

    **IT IS SO ORDERED.**

Dated: October 3, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge