UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN WEI,<br>　　　　Plaintiff,<br>　　v.<br>SAN JOSE SHARKS, et al.,<br>　　　　Defendants. | Case No.18-cv-05483-VKD<br><br>**ORDER REMANDING ACTION TO STATE COURT**<br><br>Re: Dkt. No. 61 |

On December 20, 2018, the parties filed a stipulation to remand this action to the Superior Court of California for the County of Santa Clara. Dkt. No. 61. Plaintiff's second amended complaint does not assert any claims arising under federal law, and the parties are not diverse. For these reasons, this Court lacks subject matter jurisdiction over this action. *See* Dkt. No. 55; 28 U.S.C. § 1447(c).

Accordingly, the Court hereby REMANDS this action to the Superior Court of California for the County of Santa Clara from which it was removed. All deadlines and hearings currently scheduled before the Court are VACATED.

The parties have stipulated to a deadline to respond to the second amended complaint and to a date for commencement of discovery. Dkt. No. 61 at 2. The Court declines to order deadlines for proceedings to occur in state court following remand.

The Clerk of Court shall mail a certified copy of this order of remand to the Clerk of Court for the Superior Court of California for the County of Santa Clara.

**IT IS SO ORDERED.**

*///*

*///*

Dated: December 24, 2018

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge